**VEATCH et al. v. STANDARD OIL CO. OF CALIFORNIA.**

**No. 146.**

Circuit Court of Appeals, Second Circuit.

Jan. 26, 1943.

Before SWAN, AUGUSTUS N. HAND and FRANK, Circuit Judges.

Guggenheimer & Untermyer, of New York City (Abraham Shamos and Mitchell Salem Fisher, both of New York City, of counsel), for appellants.

Dwight, Harris, Koegel & Caskey, of New York City (Frederick W. P. Lorenzen, of New York City, of counsel), for appellee.

PER CURIAM.

Judgment affirmed on the opinion below, D.C., 49 F.Supp. 45.